Exhibit A - Transcript

I'm attempting to reach Menachem Bronshtein. My name is Joshua from Cavalry Portfolio Services. Please return my call today at 1-800-501-0909. My extension is 13404. Thank you for your assistance.

Hi, Mr. Bronshtein. My name is Josh. I'm from Cavalry Portfolio Services. Please give me a call back at 1-800-501-0909. My extension is 13404. Thank you for your assistance.